# TRANS WORLD AIRLINES, INC. *v.* INDEPENDENT FEDERATION OF FLIGHT ATTENDANTS

No. 86–1650.  Argued January 12, 1988—Decided March 2, 1988

*Murray Gartner* argued the cause for petitioner.  With him on the briefs were *Paul E. Donnelly, Mark A. Buckstein,* and *Michael A. Katz.*

*Steven A. Fehr* argued the cause for respondent.  With him on the brief were *William A. Jolley, Doyle R. Pryor,* and *Scott A. Raisher.**

PER CURIAM.

The judgment of the Court of Appeals for the Eighth Circuit is affirmed by an equally divided Court.

JUSTICE KENNEDY took no part in the consideration or decision of this case.

---

*Briefs of *amici curiae* urging reversal were filed for the Crossover Flight Attendants by *Mark P. Johnson;* and for Some Working TWA Flight Attendants by *Robert F. Gore, Rossie D. Alston, Jr.,* and *Rex H. Reed.*

*Marsha Berzon, William Mahoney, John Clarke, Jr.,* and *Laurence Gold* filed a brief for the American Federation of Labor and Congress of Industrial Organizations et al. as *amici curiae* urging affirmance.